SUNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | As relates to: 03 MDL 1570 (GBD)(SN) |
|---|---|
| ABTELLO, ELLIOT;<br>ACKER, CHRIS B. AND ACKER, MELINDA;<br>ADDONIZIO, ROBERT AND ADDONIZIO, DIANE;<br>ALEXANDER, JUNIOR;<br>ALSTON, MARY;<br>ALVARADO, ZORAIDA;<br>AMATO, MARY;<br>AMATO, THOMAS;<br>ANASTASIO, THOMAS;<br>ANDERSON, ROBERT L. AND PLANT, ISAAC;<br>ARIAS, EDUARDO AND ARIAS, LOUDRES;<br>ARNDT, GARY AND ARNDT, SUZANNE;<br>ARNTSEN, HANS;<br>BADAWY, JOYCE AND BADAWY, RAOUF;<br>BADILLO, KELLY AND NEGRON-BADILLO, DEBRA;<br>BAEZ, SYLVIA;<br>BALLARD, ROBERT AND BALLARD, DOREEN ANN;<br>BARRERA, ANTHONY AND BARRERA, LOIS;<br>BARROW, NORA;<br>BARTUCCELLI, ANDREW AND BARTUCCELLI, THERESA;<br>BATES, REGINALD L. AND BATES, ROSALIND;<br>BECKLUND, AVA;<br>BECKWITH, MARIBEL AND BECKWITH, JAMES;<br>BEIDEMAN, BRIAN;<br>BENAVIDES, CARMEN AND KORNER, CHRIS;<br>BENVENUTO, LUCILLE;<br>BERG, ROBERT J., JR.;<br>BERNARD, FRANCIS J. AND BERNARD, BRENDA;<br>BERTORELLI, RICHARD AND MOLHAUL, JOANNE; | Civil Docket Number:<br><br><br><br>SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY<br><br><br><br>ECF CASE |

**BEY, MALIK;**
**BEY, MONIFA;**
**BIDETTI, MARIE;**
**BIGOT, EDWOOD;**
**BISCUTI, ANIELLO F. AND BISCUTI,**
**MARIA;**
**BLUM, MICHAEL AND MAHYADIN-**
**BLUM, NARDJANI;**
**BOLLING, GREGORY;**
**BOMBACE, JOHN;**
**BOOTHE, LAWRENCE AND BOOTHE,**
**DEBRA;**
**BOROWSKY, WILLIAM;**
**BOTTORFF, RICHARD;**
**BOURGEOIS, RONALD K.;**
**BOUTIN, PATRICK;**
**BOWERS, RONALD;**
**BRADSHAW, THOMAS;**
**BREEDLOVE, MARVIN AND**
**BREEDLOVE, TESSALONIKA;**
**BRILL, FRANCINE S., AS**
**ADMINISTRATOR OF THE ESTATE OF**
**DOUGLAS S. BRILL, DECEASED, AND**
**INDIVIDUALLY;**
**BROOKE, KENNETH AND BROOKE,**
**ROSEANN;**
**BROOKS-FONSECA, TISHENA AND**
**FONSECA, HAROLD;**
**BROWN, ESTELLE F.;**
**BROWN, EVERETTE;**
**BROWN, PAUL AND BROWN,**
**BARBARA;**
**BROWN, TYRONE;**
**BRUCE, RICHARD AND BRUCE, ALICE**
**M.;**
**BRYANT, MELVIN;**
**BRYANT, CASSIUS;**
**BUNCOM, LINDA K.;**
**BURGESS, MICHELLE;**
**BURGOS, RICHARD, AND BURGOS,**
**MIRAM;**
**BURNS, SANDRA;**
**BURRIESCI, NICHOLAS AND**
**BURRIESCI, ELANA;**
**BUTLER, BRENDA;**
**BUTTERFIELD, ANNA;**
**BUTTS, DENISE;**
**BWALYA, SHARON AND BWALYA,**
**DENNIES;**
**CABALLERO, LESLIE AND**

CABALLERO, AUSTIN;
CABASSA, DANETTE AND CABASSA, DAVID;
CALICCHIA, GLORIA;
CALLAN, EDWARD S. AND CALLAN, DOREEN MARIE;
CAMILO, WILTON AND CAMILO, XIOMARA;
CAMMARATA, JOSEPH L. AND CAMMARATA, PATRICIA ANN;
CAMPBELL, CECILIA AND LEON, CARLOS;
CAMPBELL-WYSE, ALTHEA;
CAMPO, PAUL AND CAMPO, ELIZABETH;
CANALES, EDWIN AND CANALES, JOHANNA;
CAPOBIANCO, MICHAEL A.;
CARDONA, ROBERT;
CARLSTROM, TOM;
CAROLINA, LISA;
CARRASQUILLO, ADAM;
CARROLL, JOHN;
CARSON, DENNIS J. AND HOY, ANNE;
CARTER, BRIAN F.;
CARTER, SABRINA, AS EXECUTOR OF THE ESTATE OF DERRICK CARTER, DECEASED, AND INDIVIDUALLY;
CARTER, WAYNE AND CARTER, TIMIKA;
CARUSI, VICTOR R.;
CARUSO, THOMAS AND CARUSO, JELENE;
CARVER, KATHERINE;
CASALE, MICHAEL;
CASELLA, JACK;
CASTANON, MILDRED;
CASTELLANO, CHRISTINE;
CASTELLANO, PETER AND CASTELLANO, ELAINE;
CASTELLANOS, CARLOS AND CASTELLANOS, ROSEMARIE;
CASTIELLO, DARREN M. AND CASTIELLO, CAMILLE;
CERINO, GLEN;
CHATMAN, ZEDORIA AND CHATMAN, RONALD;
CHERNOFF, STEVEN;
CHILLARI, JOSEPH AND CHILLARI, DONNA;

| | |
|---|---|
| CHUDNOVSKI, LEONARD D.;<br>CIACCIARELLI, JOANNE;<br>CICCARONE, LISA G. AND<br>CICCARONE, NICHOLAS;<br>CIESLA, ALAN AND CIESLA, SUZZANE<br>MARIE;<br>COAKLEY, WILSON;<br>COBIN, JONATHAN T. AND COBIN,<br>ALLYSON;<br>COGBURN, VICTOR;<br>COGER, TYRELL;<br>COHEN, JASON;<br>COLEY, GLORIA AND COLEY,<br>RICHARD;<br>COLLAZO, VICTOR;<br>COLLIGAN, GERALD AND COLLIGAN,<br>BETH;<br>COLON, ANTHONY AND COLON,<br>MARY;<br>COLON, JOHN;<br>COLON, DENISE;<br>COLON, RICHARD;<br>CONGRO, CONCETTA AND CONGRO,<br>VINCENT;<br>CONLON, BRIAN AND CONLON, JANE;<br>CONTINO, ANTHONY AND CONTINO,<br>SANDRA A.;<br>COOPER-HENRY, ESTHER;<br>CORDERO, ROLAND AND CORDERO,<br>DAYHANA;<br>CORDES, ARTHUR AND CORDES,<br>ELAINE;<br>CORREA, PEDRO;<br>COSTELLO, JOSEPH AND COSTELLO,<br>ROSEMARY;<br>CRAPANZANO, GREGORY;<br>CREDLE-BARRETT, CAROL AND<br>BARRETT, HENRY;<br>CREIGHTON-KIRK, DANIEL J. AND<br>MULLALLY, RITA;<br>CRENSHAW, JESSE AND CRENSHAW,<br>DESIREE;<br>CREQUE, FELICITA;<br>CRISPINO, TONI AND CRISPINO,<br>CHARLES;<br>CROSSON, MARK L. AND CROSSON,<br>ALISON J.;<br>CROWDER, KIMBERLY;<br>CRUZ, ALLEN AND CRUZ, KATTY;<br>CRUZ, HECTOR AND PEREZ, EDGAR; | |

**CUEVAS, RAYMON;**
**CULLEN, CAMILLE, AS EXECUTOR OF**
**THE ESTATE OF MARIAN C. GRILLO,**
**DECEASED, AND INDIVIDUALLY;**
**CUMMINGS, RODNEY;**
**CUNNINGHAM, LEMUEL;**
**CURRY, KRISTAN D., SR. AND CURRY,**
**VERLETTA M.;**
**CZAK, ANTHONY;**
**DAMBAKLY, RICHARD;**
**D'ANGELO, JOSEPH AND D'ANGELO,**
**JANETTE;**
**DAVIS, FRANK;**
**DAY, BARBARA;**
**DEAN, SHAWN AND DEAN, REBECCA;**
**DECHIARO, STEVEN AND DECHIARO,**
**LIBERA;**
**DELEMO, WILLIAM;**
**DELPUERTO, STEPHEN AND**
**DELPUERTO, CRISANTA;**
**DEMARCO, MARILYN AND DEMARCO,**
**ANTHONY;**
**DENIGRIS, FRANK;**
**DERIENZO, LISA;**
**DEROSA, THOMAS;**
**DERPICH, JOHN AND DERPICH,**
**ANNMARIE;**
**DEVEAU, EDWARD AND DEVEAU,**
**EVELYN;**
**DIMAGGIO, NATALE AND DIMAGGIO,**
**LUCIA;**
**DIMIZIO, THOMAS;**
**DION, WILLIAM AND DION, JANET;**
**DISALVIO, VINCENT AND DISALVIO,**
**DANA;**
**DOCTOR-BROWN, CORABELLE, AS**
**EXECUTOR OF THE ESTATE OF**
**DARYLL BROWN, DECEASED, AND**
**INDIVIDUALLY;**
**DORZIN, NATHALIE;**
**DOUGLAS, COURTNEY AND DARLINE,**
**HUDSON;**
**DOYLE, THOMAS;**
**DRAKE, KIM AND LYNCH, RICHARD;**
**DROZDOWSKI, KEN;**
**DUDLEY, ANTHONY;**
**DUMAS, HENRY;**
**DUNN, BRUCE AND DUNN, VICTORIA;**
**DURANTE, THOMAS AND MANTON,**
**ALYSSA;**

**ECKHOUSE, LINDA AND ECKHOUSE, BRUCE;**
**EDWARDS, BRUCE AND EDWARDS, SHARON A.;**
**ELCI, HASAN C.;**
**ELLIOT, MARC AND DALE, GROVER;**
**ELLIOTT, LYNDON;**
**EMERY, ALFONSO AND EMERY, JOYCE;**
**ERMENDI, CHRISTOPHER AND ERMENDI, NANCY;**
**ESCALONA, REYES AND REYES, MARITZA;**
**FAGAN, JAMES J. AND SUTTON-FAGAN, JUDITH ANN;**
**FANTAUZZI, VIRGINIA AND FANTAUZZI, FRANCISCO;**
**FEDELE, THOMAS;**
**FEELEY, JAMES AND FEELEY, MARY;**
**FELICIANO, CARL;**
**FELICIANO, RAFAEL AND FELICIANO, MAUREEN C.;**
**FERA, STANLEY;**
**FERRERA, RICHARD;**
**FERRY, RONALD AND GRAHAM, HELEN;**
**FIGUEREDO, ESTRELLA;**
**FIGUEROA, GEORGE AND FIGUEROA, ANGELA;**
**FILS, EMMANUEL;**
**FINNERTY, ELIZABETH V., AS EXECUTOR OF THE ESTATE OF JAMES G. FINNERTY, DECEASED, AND INDIVIDUALLY;**
**FITZGERALD, JAMES AND FITZGERALD, SUSAN;**
**FITZGIBBON, THOMAS AND FITZGIBBON, PATRICIA;**
**FLOWERS, BARRY E.;**
**FLOWERS, DAVID AND FLOWERS, DEBRA;**
**FONTAINE, DIANE;**
**FORBES, MARY AND FORBES, JOHN FRANCIS;**
**FORMAN, WARREN L. AND FORMAN, CONSTANCE;**
**FOTINO, JOSEPH AND FOTINO, AMY L.;**
**FRANCISCO, FRANK AND RAMIREZ, JOCELYN;**

**FRANK, DENNIS AND FRANK, BARBARA;**
**FRAULO, JOHN;**
**FREY, JONATHAN AND FREY, JAN;**
**FRISCHE, RONALD;**
**FUSCO, PHILIP AND FUSCO, SUZANNE;**
**GADSDEN, DORETTA AND GADSDEN, GLENN;**
**GAINEY, DEBRA;**
**GAINEY, HOWARD AND GAINEY, HOWARD L.;**
**GALAN, ROSA E.;**
**GALLETTA, JEANNE, AS ADMINISTRATOR OF THE ESTATE OF JOHN L. GALLETTA, DECEASED, AND INDIVIDUALLY;**
**GALVIN, PATRICE, AS EXECUTOR OF THE ESTATE OF MICHAEL GALVIN, DECEASED AND, INDIVIDUALLY;**
**GARLAND, RAYMOND, JR. AND GARLAND KRISTINE;**
**GAROFALO, ANN;**
**GAUTHIER, MICHEL AND GAUTHIER, TERESITA;**
**GEIGER, HERBERT AND GEIGER, BARBARA;**
**GERMANN, DIANE;**
**GERTNER, MURRAY AND GERTNER, CARLENE;**
**GIACONA, JOSEPH;**
**GILBERT, WILLIAM;**
**GILLICK, LAWRENCE AND GILLICK, ELISA;**
**GILLIGAN, DANIEL AND GILLIAN, ANA;**
**GOFF, THOMAS;**
**GONZALEZ DAPOLITO, MYRSA AND DEPOLITO, DENNIS;**
**GONZALEZ, MARIA AND VALLEY, ANGELO;**
**GOODMAN, STEPHEN;**
**GREEN, YVONNE AND GREEN, STANLEY;**
**GRIFFIN, NATHANIEL;**
**GROSS, ROY AND GROSS, LOIS;**
**GROSSMAN, JOYCE;**
**GUGLIELMO, MICHAEL AND GUGLIELMO, SOPHIE;**
**GUINN, KATHRYN;**
**GUTHOFF, ROBERT AND GUTHOFF,**

ROSEMARY;
HAAKE, JEAN, AS ADMINISTRATOR
OF THE ESTATE OF MICHAEL HAAKE,
DECEASED, AND INDIVIDUALLY;
HAEFNER, KEVIN AND HAEFNER,
DENISE;
HANKS, EVELYN;
HANLON, TIMOTHY J. AND HANLON,
CORINA;
HANNAFORD, RICHARD AND
HANNAFORD, DOROTHY;
HARGIS, DELISA;
HARRIS, SOPHIA;
HART, GEORGE AND HART, JUNE;
HARTIG, GEORGE;
HAUGHT, RICHARD AND HAUGHT,
TANYA;
HAYDUCKA, ARTHUR AND
HAYDUCKA, MARTI;
HELD, CATHERINE;
HENDERSHOT, BRUCE D. AND
HENDERSHOT, PHILLINA;
HENNESSY, KEVIN AND HENNESSY,
CATHERINE ANN;
HENRY, CHARLES AND HENRY,
DEBORAH;
HENRY, JENNIFER;
HERCULES, CEDRIC AND HERCULES,
STEPHANIE;
HERRERA, LUIS AND HERRERA,
SYLVIA;
HERRIOTT, JAMES AND HERRIOTT,
MARY;
HERRON, JOSEPH;
HIDALGO, MARCO AND HIDALGO,
SHANISE;
HIGGINS, MAGALY AND HIGGINS,
THOMAS;
HIKMI, MOHAMED AND CHOUKRY,
LATIFA;
HILL, LOUIS AND HILL, STEPHANIE;
HIMBELE, THOMAS AND HIMBELE,
JANE;
HINES, ANNETTE;
HOGAN, JAMES AND HOGAN, LINDA;
HOLMES, ANTHONY M. AND HOLMES,
ALVINA;
HOPES, WILLIAM AND CUOLLO,
ILEANE;
HORKAN, JOHN;

| | |
|---|---|
| **HOROWITZ, ARTHUR AND HOROWITZ, TOBY; HORVAHT, DIANA AND HORVAHT, CRISTANO; HOUSTON, FRANKLIN; HUGHES, GEORGE AND HUGHES, ANNA; HULSE, WILLIAM, JR. AND STARK-HULSE, MICHELLE; HUME, LORRAINE; HUNT, GUY; IEMMA, VINCENZO AND IEMMA, KATHRYN; IESU, LOUIS AND IESU, DIANE; INGRAM, DORIAN; INGRASSIA, PETER AND BAGDER-INGRASSIA, DENISE; IRVIN, MICHAEL AND SMITH, JENNIFER; ISLAR, MARCELLA; ISOM, ANTHONY; IWANKOW, CHRISTOPHER AND IWANKOW, JENNIFER J.; JACKSON, GREGORY AND JACKSON, TANUI; JACKSON, JUNE A. AND JACKSON, MARK; JACKSON, LEE AND JACKSON, HELENE; JACOBSON, LEROY R. AND JACOBSON, DIANE M.; JAHNS, SHARON; JAMES, THOMAS P. AND JAMES, KAREN; JEDELL, BONNIE; JEREZ, JUAN AND PENA, GLEN; JOHNSON, MICHAEL; JOHNSON, ANNA; JOHNSON, JAMES H.; JOHNSON, JOHNNY L. AND JOHNSON, MAUREEN; JOHNSON, KEVIN; JOHNSON, LEONARD D. AND MURDOCK-JOHNSON, LORIS; JOHNSON, MARGARET; JOHNSON, MICHAEL A. AND ELLISON-JOHNSON, JACQUELYN; JOHNSON, SHERYL; JOHNSTON, JOHN AND JOHNSTON, GINA;** | |

JONES, BONNIE R.;
JONES, MICHAEL O. AND JONES, JOANNA;
JONES, TERRY A. AND JONES, COREY;
JOSEPH, LENNARD AND JOSEPH, CLAUDIA;
JOULE, WILLIAM AND JOULE, JACKIE;
KANE, SHARON;
KAVOWRAS, MONA;
KELLY, ROBERT;
KENDALL, ROSALINDE;
KIMBLE MCCLOUD, TANA AND MCCLOUD, AUBREY;
KIRSCHNER, PHIL B.;
KLEPPEL, HARRIET;
KNECHTEL, ROBERT AND KNECHTEL, EVELINA;
KNIGHT, BETTY;
KODIS, JOSEPH AND KODIS, MELISSA;
KOHLMIER, KENNETH AND KOHLMIER, BARBARA;
KOKIADIS, ROBERT AND KOKIADIS, MARIA;
KONSTANTINIDIS, ZINOS AND LAGOUDAKIS, CATHERINE;
KOSATKA, WIESLAWA;
KUSHNER, MICHAEL AND KUSHNER, THERESA;
KYUM, OSA AND HILLSMAN, DEBRA;
LAGANA, PAUL AND LAGANA, CARMELLA;
LARUSSO, NICHOLAS R.;
LATHROP, CHRISTOPHER AND LATHROP, KALONI;
LAUBER, GERALD AND LAUBER, MADELEINE;
LECKLER, FRANCIS AND LECKLER, RENEE;
LEGGETT, GREGORY;
LENNON, MICHAEL AND LENNON, GWYNNE;
LEON, ARTHUR AND LEON, MARSHA;
LEONARD, ERIC S. AND LEONARD, STEPHANIE;
LEONARDI, JOSEPH;
LEVENSON, PHILIP AND LEVENSON, SHANON;
LEWIS, DAVID L. AND LEWIS, EDITH;
LEWIS, EDNA;

**LEWIS, ELIZABETH, AS
ADMINISTRATOR OF THE ESTATE OF
WILLIAM LEWIS, DECEASED, AND
INDIVIDUALLY;
LEWIS, FRANKLIN AND TELFER-
LEWIS, ANNETTE;
LEWIS, JOSEPH;
LEWIS, KEVIN AND LEWIS, WILMA;
LEWIS, RAYVON;
LEWIS, WILMA AND LEWIS, KEVIN;
LIACI, ELIZABETH;
LIAN, ENG AND LIAN, MAY;
LIEBER, SHEILA R.;
LIENAU, JOSEPH R. AND LIENAU,
MARGARET;
LISI, RICHARD S. AND LISI, DENISE;
LIVERMORE, DONOVAN AND HAYE-
LIVERMORE, SIDONEY;
LOBMAN, JASON;
LOPEZ, ERIC AND LOPEZ, NILSA;
LOPEZ, ARNALDO AND PARK-LOPEZ,
CECELIA;
LOPRESTI, RICHARD AND LOPRESTI,
JANICE;
LOPRESTO, ANTHONY AND
LOPRESTO, JEAN;
LOUIS, JOSHUA;
LUISI, ANDREW;
LUKAS, ARTHUR AND LUKAS, ILLIA;
LYNCH, CHRISTAL;
MACK, THOMAS;
MAGGIO, JASON;
MAHNKEN, CAROLENE;
MAIER, JOHN;
MAIO, ALEXANDER AND MAIO, JEAN;
MAIURRO, WILLIAM AND MAIURRO,
ROSALBA;
MALDONADO, MINERVA AND
MALDONADO, ADOLFO;
MANGIAPANELLA, BART AND
MANIGIAPANELLA, JOANNA;
MANIA, RICHARD AND MANIA,
MAUREEN;
MANN, CHARLES, SR. AND MANN, IDA;
MAROTTA, CARLO A., JR. AND
MAROTTA, CHERYL;
MARRERO, JOSEPH R. AND
MARRERO, MARIA;
MARSHALL, ANTHONY AND
MARSHALL, DIANA;**

MARSHALL, JANICE;
MARTINEZ, CARLOS AND SOTO, IRIS;
MARTINEZ, NELSON;
MASSINGALE, DARRELL;
MCALLISTER, PHYLLIS;
MCBEAN, EDWARD AND MCBEAN,
CAROL;
MCCAMY, KATHERINE;
MCCARTHY, MATHEW AND
MCCARTHY, LAURA;
MCCORMACK, ANGELA AND
MCCORMACK, FRANK;
MCDERMOTT, THOMAS AND
MCDERMOTT, KAREN;
MCHENRY-BAILEY, TONIA AND
BAILEY, CARL;
MCKENNA, EDWARD P. AND
MCKENNA, DIANE;
MCKEON, JOSEPH;
MCLAUGHLIN, LAURA AND
MCLAUGHLIN, TERENCE;
MCNAMARA, TIMOTHY AND
VECCHIO, DIANNA;
MCQUADE, ANTHONY AND
MCQUADE, DEBORAH;
MCWILLIAMS, ERIC;
MEDICI, PHILIP;
MEDINA, JOSE L., JR. AND MEDINA,
MARIA;
MEEHAN, SUSAN;
MELORE, JOANN;
MELVIN, DELORES AND MELVIN,
GEORGE, JR.;
MENDOZA, DAVID J.;
MESSINA, ALEXANDER AND MESSINA,
LORI;
MEYER, STEVEN E. AND MEYER,
GENEVIEVE;
MICCIO, KATHRINA;
MIDGETT, ARTHUR;
MILANA, PAUL AND MILANA,
JACQUELINE;
MILLER, GEORGE AND PHINE, JOSE;
MILLER, LUCY AND MILLER,
ARQUIMEDES;
MILLER, RAULDA, AS
ADMINISTRATOR OF THE ESTATE OF
KEEVIL MILLER, DECEASED, AND
INDIVIDUALLY;
MILLER, ROBERT J. AND MILLER,

BARBARA;
MILLINGTON, ROY AND
MILLINGTON, HEATHER;
MONCION, CELESTE;
MONTAGNA, VINCENT AND
MONTAGNA, MARY ANN;
MONTALVO, LUZ;
MOONEY, EDWARD AND MOONEY,
VICKIE;
MORALES, ELISEO AND MORALES,
NINA;
MORAN, ANDERSON AND
FERNANDEZ, RISET;
MORAN, COLLEEN;
MORAN, DARREN T. AND MORAN,
CHRISTINE;
MORETTI, DOMINICK AND MORAN-
MORETTI, MARGARET;
MORTON, DOUGLAS N. AND MILDRED,
MILES;
MOSS, JOHN L. AND MOSS, SHERYL;
MOYSE, JOSETTE AND MOYSE, EDEN;
MOZES, STEVE, II;
MRAZ, MICHAEL AND MRAZ,
CLAUDETTE;
MUENTES, PABLO AND MUENTES,
MERCEDES;
MUN-HONG, LISA AND HONG,
MICHAEL;
MURRAY, MARY L. AND MURRAY,
THOMAS;
MURRAY, NOAH K. AND MURRAY,
ROSENA;
MURTHA, RAYMOND;
NAGLE, RONALD AND NAGLE,
CLAIRE;
NAIMO, DOROTHY;
NARANJO, MARIA CLAUDIA;
NEBBARI, ABDELJALIL;
NEWMAN, SUSAN;
NIGRO, ROBERT;
NOONAN, ARTHUR AND NOONAN,
DENISE MARIE;
NORCROSS, ROBERT, SR. AND
NORCROSS, DEIRDRE;
O'BRIEN, DAWN;
O'BRIEN, GERALDINE AND O'BRIEN,
THOMAS;
O'BRIEN, ROBERT W.;
OCASIO, JEREMIAS;

**O'CONNOR, DENNIS P. AND
O'CONNER, DOLORES;
O'CONNOR, JAMES AND O'CONNOR,
PATRICIA;
O'LEARY, JOSEPH AND O'LEARY,
SARAH;
O'LEARY, GEORGE;
OLIVER, EMMA;
ONESTI, ERNEST AND ONESTI, GINA;
ORTENZIO, CHARLES AND ORTENZIO,
LUZ MARIA;
ORTIZ, EDGARDO;
ORTIZ, VICTOR AND ORTIZ, OLGA;
OSBORNE-ELLIS, GLORYA AND ELLIS,
ARTHUR;
O'SHEA, MICHAEL AND O'SHEA,
VIRGINIA;
OWCZARCZAK, PAULA;
PADILLA, RICHARD AND CRUZ,
VIVIAN;
PAGE, GWANANCII;
PARKER, CARMELITA;
PARKER, ELIZABETH;
PATTI, DENNIS AND PATTI,
CHRISTINE;
PAULINO, VIOLETA;
PEPITONE, NATAL AND PEPITONE,
CAROLE;
PERDUE, DEVRIN L., SR. AND PERDUE,
KAYE;
PEREZ, ESTHER AND MENDEZ,
MICHAEL;
PERRETTE, MARIE A.;
PERRY, LINCOLN;
PETERSEN, GUY AND PETERSEN,
NOREEN;
PIAZZA, ADOLFO AND BETANCOURT,
OLGA;
PIAZZA, JOHN AND PIAZZA, MARIEL;
PIAZZA, MARGUERITE;
PINZON, WILFREDO AND PINZON,
ADA;
PITRE, DENISE AND PITRE, LOUIS;
PITTERS, DERRICK AND PITTERS,
AUDREY;
PONCE, YVONNE AND SOTO,
GABRIEL;
POWELL, CARLA;
PRIESTER-BELL, EVETTE AND BELL,
MARVIN;**

PRINGLE, DIANA;
PURZNER, LEONARD AND PURZNER,
LESLIEE ANNE;
PUSH, MICHAEL;
QUATELA, MARIE;
QUESADA, MARIA;
RACIOPPI, RICHARD AND RACIOPPI,
MAUREEN;
RAHILLY-LOBATON, TERRY-ANN AND
LOBATON, GERMAN;
RAIFORD, VERONICA;
RAMBHAROSE, VANESSA;
RAMOS, ANTHONY AND RAMOS,
VIRGEN;
RAUCHFUSS, JOHN AND RAUCHFUSS,
DANIELLE;
RAVENELL, CALVIN AND RAVENELL,
JACQUELINE;
REECE, PHILLIP AND HARRIS,
ANDREA;
REGAN, THOMAS AND REGAN,
PATRICIA;
REIMER, RICHARD AND REIMER,
MARSHA;
RHYMER, DORIAN;
RIBAR, BRIAN AND RIBAR, KARA;
RICHARDSON, LOUISE;
RILEY, DENNIS AND RILEY, ANN;
RING, THOMAS;
RIVERA, JAMES;
RIVERA, FLORIPE H. AND RIVERA,
MAGDALINA;
RIVERA, LUIS F. AND SANCHEZ,
LAURA;
RIVERA, MARIA;
ROBERTS, CARLTON;
ROBINSON, SHARON AND ROBINSON,
GEORGE;
ROBINSON, CLIFTON;
ROBINSON, RONALD;
RODRIGUEZ, DILGILIO;
RODRIGUEZ, JOSEPH;
RODRIGUEZ, RAUL AND RODRIGUEZ,
JUNKO;
RONGO, CHERYL AND RONGO,
ROBERT;
ROSARIO, DAVID AND ROSARIO,
LINDA;
ROSS, JOHN;
RUE, JERRY AND RUE, HELEN;

**RUSKOWSKI, KENNETH M.;
RUTLEDGE, JEROME;
RYAN, BETZAIDA;
SAA, JORGE V.;
SALERNO, ANTHONY AND SIMONS-
SALERNO, JILL;
SALTES, PHILIP;
SALVATORI, STEPHANIE AND
SALVATORI, STEPHANIE;
SAMAROO, FRANK;
SANCHEZ, PEDRO AND BAEZ-
SANCHEZ, VIRGINA;
SANDERS, LAWRENCE AND SANDERS,
IVY;
SANDURS, HARVEY AND SANDURS,
GAIL;
SANTELLO, MIGDALIA;
SANTIAGO, RAFAEL;
SARDUY, YADIRA;
SAVAGE, CANDICE;
SCACCIA, FRANK AND SCACCIA, LISA
MARIA;
SCALAMANDRE, JOSEPH AND
SCALAMANDRE, ROSA;
SCHIANO, ANTHONY AND SCHIANO,
DEBRA LYNN;
SCHICK, DAVID;
SCHMITT, JOHN AND SCHMITT,
ROBERTA;
SCHULTZ, GARY AND SCHULTZ,
PATRICIA;
SEIDEN, TONY AND SEIDEN, ROBYN;
SENESE, SALVATORE, JR. AND
SENESE, KATHY;
SERRANO, LUIS AND SPROUL-
SERRANO, KAREN;
SERVIDER, PHIL AND SERVIDER,
DANIELLE;
SHAKES, LAVERN AND SHAKES,
BRIAN;
SHALLEY, THOMAS AND SHALLEY,
HORTENSIA;
SHARAWI, MOHAMED AND SHARAWI,
LINDA;
SHAVIS, ALLEN AND SHAVIS,
DEBORAH;
SHAVIS, JAMES AND SHAVIS, SANDRA;
SHILOH, CYNTHIA;
SHOAF, WILLIAM AND SHOAF, DANA;
SHORTE, EDWARD AND SHORTE,**

CHARLOTTE;
SHRAVAH, DEEPA AND SHRAVAH, AASHEESH;
SHUNG-CHIN, PAK AND NYONG-CHONG, NG;
SHYLLON, AMINATA;
SIGLER, MARK A. AND SINGLER, GERADDINE ANN;
SILVA, TAMYKA AND SILVA, HENRY;
SILVER, RONALD F. AND SILVER, ROSALIE;
SIMMONS, CONSTANCE;
SINGER, CHRIS;
SIROTNIKOV, OLEG AND SIROTNIKOV, JOANNA;
SMITH, ANTHONY;
SMITH, ASTON AND SMITH, DEBORAH;
SMITH, ELIZABETH;
SMITH, JOYCE AND SMITH, GARY;
SMITH, OVERTA;
SOTO, CAROLINE;
SOTO, FRANCISCO;
SPAETH, FREDERICK AND SPAETH, MARCIA;
SPITERI, SAVIOUR S. AND SPITERI, PEGGY;
STANCO, MICHAEL AND STANCO, BARBARA;
STANKAITIS, ZACHARY;
STEFFENELLA, DAVID AND STEFFENELLA, KRISTINE;
STEININGER, ROBERT AND STEININGER, DONNA;
STEPHENS, ANNIE;
STEVENS, ELAINE;
STEWART, ROBERT;
STOLTZENBERG, DENISE AND STOLTZENBERG, EDWARD;
STRIFFOLINO, ANTHONY AND STRIFFOLINO, JOANNE;
STROHSCHEIN, ROBERT AND STROHSCHEIN, KIMBERLY;
STRUSMAN, MOSHE AND STRUSMAN, BEATRICE;
SULLIVAN, EDGAR;
SULLIVAN, CHARLES AND SULLIVAN, MARYELLEN;
SULLIVAN, JOHN;
SULLIVAN, TIMOTHY AND SULLIVAN,

JESSIE;
SURACE, PATRICK T.;
SURILLO, EVELYN AND SURILLO,
JASON;
SUTTON, ANTHONY;
SWANN, ROSEANNE;
SWIDERSKI, MARITZA;
TALCOVITZ, STEVEN AND
TALCOVITZ, MARTHA;
TAPOLER, ADAM AND TAPOLER,
DAWN;
TAYBEL, YURY;
TAYLOR, TYRONE;
THOMAS, ANGELLA AND THOMAS,
ARNOLD;
THOMAS, BARBARA;
THOMAS, GRANVILLE;
THOMAS, JOHN AND PALAMBO,
SARA;
THOMAS, STEVEN D.;
THOMPSON, SALLY AND THOMPSON,
KENNETH;
THOMPSON, JOSEPH;
THOMPSON, CYNTHIA;
THORNE, NEVILLE AND THORNE,
PEARL CYNTHIA;
TOMSEN, PHILIP AND TOMSEN,
DOROTHY;
TORCHIO, PETER AND TORCHIO,
JANICE;
TORRES, HECTOR;
TOUSIUS, ANTHONY;
TSAI, MICHAEL AND TSAI, MIN FENG;
TSAI, MIN FENG, AND TSAI, MICHAEL;
TYSON, CHARMAINE;
UMLAND, RICHARD AND WETZLER,
JILL E.;
URBAN, THOMAS J. AND URBAN,
JOANNE;
VALDATA, ALFRED A.;
VANNATA, JOHN AND VANNATA,
HILDA;
VANO, RAFFAELE AND VANO, MARIA;
VARGAS, JORGE;
VARLEY, MICHAEL;
VARMA, BALRAJ, AS
ADMINISTRATOR OF THE ESTATE OF
SUNITA VARMA, DECEASED, AND
INDIVIDUALLY;
VELAZQUEZ, LILLIAN;

18

**VELAZQUEZ, ANTONIO AND VELAZQUEZ, DORA;**
**VERGONA, RICHARD AND VERGONA, MICHELLE;**
**VESE, SAMUEL;**
**VIENNE, KEVIN AND SOUTHWOOD, CHRISTINE;**
**VILLAMIZAR, MARTHA;**
**VILLARIN, GLADYS;**
**VISLOCKY, CHARLES AND VISLOCKY, MARYANNE;**
**VOLUZ, THOMAS;**
**VONPODLESSKI, ANDREW AND VONPODLESSKI, ANDREW;**
**WAITE, MONIQUE AND WAITE, RICARDO;**
**WALDRON, JOHN AND WALDRON, KATHERINE;**
**WALKER, THOMAS F. AND CIPOLLA, SAUNDIA;**
**WALKER, DAVID AND WALKER, HOLLY;**
**WALL, GARY J. AND WALL, MARGARET;**
**WALL, RICHARD AND WALL, DENISE ANN;**
**WALROND, SANDRA;**
**WALSH, HELEN;**
**WALTER, GUY AND WALTER, MARGOT;**
**WALTON, CURTIS AND WALTON, BARBARA;**
**WASHINGTON, ALPHONSE AND WASHINGTON, BARBARA;**
**WASHINGTON, MARY;**
**WATERSON, BRIAN AND WATERSON, DAWN;**
**WATSON, RAOUL;**
**WEINBERG, DAVID S. AND WEINBERG, STEPHANIE;**
**WEINER, BRETT AND WEINER, TRACY;**
**WEISS, ALLEN;**
**WELSH, LAVONNE, AS EXECUTOR OF THE ESTATE OF WILLIE MOSLEY, DECEASED, AND INDIVIDUALLY;**
**WHEELER, THOMAS AND WHEELER, RUTH;**
**WHITCOMB, TIMOTHY S. AND WHITCOMB, MICHELLE;**

| | |
|---|---|
| WHITE, ANTHONY;<br>WHITE, JAMES AND WHITE,<br>NICCOLE;<br>WHITE, VIRGINIA AND GILLIARD,<br>MICHAEL;<br>WICKHAM, PRESTON;<br>WILLACY, SOPHIA;<br>WILLIS, JOYCE AND WALLIS, KEITH;<br>WILSON, RICHARD AND WILSON,<br>TINA;<br>WILSON, WILLIE AND WILSON,<br>CHERRY LEE;<br>WINSTEAD, CYNTHIA;<br>WOOD, SCOTT AND WOOD,<br>ANNEMARIE;<br>WORGUL, JOHN AND WORGUL, ANN;<br>WRIGHT, HAROLD AND WRIGHT,<br>KATHE;<br>YORK, MARIA AND YORK, RUSSELL;<br>YOUNG, JENNIFER AND YOUNG, JON<br>BRYAN;<br>YOUNG, KEITH;<br>ZABALA, EDWIN AND ZABALA, LISA;<br>ZAYATS, ALBERT AND ALIEV,<br>NATELLA;<br>ZHENG, LEE L. AND ZHENG, FANG L.;<br>ZILLIOX, MARK P. AND ZILLIOX,<br>KELLY;<br>ZIMMERLI, PIERRE AND ZIMMERLI,<br>ELIZABETH;<br>ZUCKERBERG, PAUL AND<br>ZUCKERBERG, RAMONA; | |

## **SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference specific allegations, as indicated below, of Plaintiff's *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief for Bosnia & Herzegovina ("the SHC') and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint* and *Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3 5 4 3.

## **VENUE**

1.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## **JURISDICTION**

2.  Jurisdiction, is as asserted in the CAC, and further, jurisdiction within the *Short Form Complaint* is permitted upon and applicable to all defendants in this action:

☒ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

☒ 28 U.S.C. § 1605B (Justice Against Sponsored Terrorism Act)

☐ Other: (set forth below the basis of any additional ground for

jurisdiction and plead such in sufficient detail as per the FRCP):

_____

## CAUSE OF ACTION

3. Plaintiff(s) hereby adopts(s) and incorporate(s) by reference, the CAC as if set forth fully

herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiffs(s) and are

herein adopted by refence from the CAC:

☒ Aiding and Abetting and Conspiring with al Qaeda to Commit the

September 11th Attacks Upon the United States in Violation of 18 U.S.C.

§ 2333(d) (JASTA)

☒ Aiding and Abetting and Conspiring with al Qaeda to Commit the

September 11th Attacks Upon the United States in Violation of 18 U.S.C.

§ 2333(a)

☒ Committing Acts of International Terrorism in Violation of 18 U.S.C.

§ 2333

☒ Wrongful Death, as applicable to such a claim

☒ Survival

☒ Alien Tort Claims

☒ Assault and Battery

☒ Conspiracy

☒ Aiding and Abetting

☒ Intentional Infliction of Emotional Distress

☒ Liability Pursuant to Restatement (Second) of Torts § 317 and
Restatement (Third) of Agency § 7.05: Supervising Employees and
Agents

☒ Liability Pursuant to Restatement (Second) of Torts § 317 and
Restatement (Third) of Agency § 7.05: Hiring Selecting, and Retaining
Employees and Agents

☒ 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

☒ Trespass

☒ Putative Damages

☐ Plaintiff assert(s) the following additional theories and/or Causes
of Action against the Defendants: _____

## <u>IDENTIFICATION OF THE PLAINTIFFS</u>

5.  The following allegations and information contained herein, is allege as to each
individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form
Complaint*, and/or as to each decedent who was injured and who is now deceased,
whose claim is brought by the Estate represented, and as to the survivors of the Estate,
herein referred to as "Plaintiffs."

   a.  The citizenship/nationality of said Plaintiff is indicated at Appendix 1 to this
   Short Form Complaint.

   b.  Said Plaintiff is entitled to recover damages on the causes of action set forth
   in this Complaint.

c.  As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attack of September 11, 2001 and who is now deceased.

d.  For those Plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at any area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

e.  As a direct, proximate and foreseeable result of Defendants' action or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and otherwise described in the CAC, and/or otherwise may be specified in subsequent pleadings and/or discovery proceedings, and/or as otherwise alleged herein: _____.

f.  The name, relationship to the injured 9/11 victim, residency, citizenship/nationality, and the general nature of the claim for each Plaintiff is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

**<u>IDENTIFICATION OF THE DEFENDANTS</u>**

6. The following entities are Defendants herein:

   ☒  Kingdom of Saudi Arabia

   ☒  Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

   **WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

## <u>JURY DEMAND</u>

   Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: July 11, 2017                    Respectfully Submitted,

                                        _____s/_____

                                        S. Joonho Hong, Esq. (SJH9513)
                                        Parker Waichman LLP
                                        6 Harbor Park Drive
                                        Port Washington, New York 11050
                                        Tel: (516) 466-6500
                                        Direct: (516) 723-4621
                                        Fax: (516) 723-4721
                                        S. Joonho Hong, Esq:
                                        sjhong@yourlawyer.com

                                        Counsel for Plaintiffs(s)

Defendants:

**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
 Kellogg, Hansen, Todd, Figel & Frederick,
 P.L.L.C.
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel#: 202-326-7900

**SAUDI HIGH COMMISSION FOR RELIEF
OF BOSNIA AND HERZEGOVINA**
c/o Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner &
Sauber, LLP
*Attorneys for Saudi High Commission for Relief of
Bosnia & Herzegovina*
1801 K Street N.W. Suite 411L
Washington, DC 20006
Tel#: 202-775-4503

See Appendix 1 Annexed

**APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED JULY 11, 2017**

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

| | **PLAINTIFFS NAME IN ALPHABETICAL ORDER OF LAST NAME OF INJURED 9/11 VICTIM** | **Relationship to injured 9/11 victim** | **State of Residency at Filing** | **Citizenship/Nationality on 9/11/2001** | **General Nature of the Claim Asserted** |
|---|---|---|---|---|---|
| 1 | Abtello, Elliot | Self | NY | US | Personal Injury |
| 2 | Acker, Chris B. and Acker, Melinda | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 3 | Addonizio, Robert and Addonizio, Diane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 4 | Alexander, Junior | Self | NY | US | Personal Injury |
| 5 | Alston, Mary | Self | NY | US | Personal Injury |
| 6 | Alvarado, Zoraida | Self | NY | US | Personal Injury |
| 7 | Amato, Mary | Self | NY | US | Personal Injury |
| 8 | Amato, Thomas | Self | NJ | US | Personal Injury |
| 9 | Anastasio, Thomas | Self | NJ | US | Personal Injury |
| 10 | Anderson, Robert L. and Plant, Isaac | Self, Spouse | NC | US | Personal Injury, Loss of Consortium |
| 11 | Arias, Eduardo and Arias, Loudres | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 12 | Arndt, Gary and Arndt, Suzanne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 13 | Arntsen, Hans | Self | NY | US | Personal Injury |
| 14 | Badawy, Joyce and Badawy, Raouf | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | |
|---|---|---|---|---|
| 15 | Badillo, Kelly and Negron-Badillo, Debra | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 16 | Baez, Sylvia | Self | NY | US | Personal Injury |
| 17 | Ballard, Robert and Ballard, Doreen Ann | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 18 | Barrera, Anthony and Barrera, Lois | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 19 | Barrow, Nora | Self | NJ | US | Personal Injury |
| 20 | Bartuccelli, Andrew and Bartuccelli, Theresa | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 21 | Bates, Reginald L. and Bates, Rosalind | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 22 | Becklund, Ava | Self | NC | US | Personal Injury |
| 23 | Beckwith, Maribel and Beckwith, James | Self, Spouse | VA | US | Personal Injury, Loss of Consortium |
| 24 | Beideman, Brian | Self | NJ | US | Personal Injury |
| 25 | Benavides, Carmen and Korner, Chris | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 26 | Benvenuto, Lucille | Self | NY | US | Personal Injury |
| 27 | Berg, Robert J., Jr. | Self | NJ | US | Personal Injury |
| 28 | Bernard, Francis J. and Bernard, Brenda | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 29 | Bertorelli, Richard and Molhaul, Joanne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 30 | Bey, Malik | Self | NY | US | Personal Injury |
| 31 | Bey, Monifa | Self | NY | US | Personal Injury |
| 32 | Bidetti, Marie | Self | NY | US | Personal Injury |
| 33 | Bigot, Edwood | Self | IN | US | Personal |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Injury |
| 34 | Biscuti, Aniello F. and Biscuti, Maria | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 35 | Blum, Michael and Mahyadin-Blum, Nardjani | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 36 | Bolling, Gregory | Self | NY | US | Personal Injury |
| 37 | Bombace, John | Self | NY | US | Personal Injury |
| 38 | Boothe, Lawrence and Boothe, Debra | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 39 | Borowsky, William | Self | NY | US | Personal Injury |
| 40 | Bottorff, Richard | Self | NY | US | Personal Injury |
| 41 | Bourgeois, Ronald K. | Self | NY | US | Personal Injury |
| 42 | Boutin, Patrick | Self | NY | US | Personal Injury |
| 43 | Bowers, Ronald | Self | NY | US | Personal Injury |
| 44 | Bradshaw, Thomas | Self | NY | US | Personal Injury |
| 45 | Breedlove, Marvin and Breedlove, Tessalonika | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 46 | Brill, Francine S., as administrator of the Estate of Douglas S. Brill, deceased, and individually | PR/ Spouse | NJ | US | Wrongful Death, Solatium |
| 47 | Brooke, Kenneth and Brooke, Roseann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 48 | Brooks-Fonseca, Tishena and Fonseca, Harold | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 49 | Brown, Estelle F. | Self | NY | US | Personal Injury |
| 50 | Brown, Everette | Self | NJ | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 51 | Brown, Paul and Brown, Barbara | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 52 | Brown, Tyrone | Self | GA | US | Personal Injury |
| 53 | Bruce, Richard and Bruce, Alice M. | Self, Spouse | VA | US | Personal Injury, Loss of Consortium |
| 54 | Bryant, Melvin | Self | NY | US | Personal Injury |
| 55 | Bryant, Cassius | Self | NY | US | Personal Injury |
| 56 | Buncom, Linda K. | Self | NY | US | Personal Injury |
| 57 | Burgess, Michelle | Self | NY | US | Personal Injury |
| 58 | Burgos, Richard, and Burgos, Miram | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 59 | Burns, Sandra | Self | NY | US | Personal Injury |
| 60 | Burriesci, Nicholas and Burriesci, Elana | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 61 | Butler, Brenda | Self | NY | US | Personal Injury |
| 62 | Butterfield, Anna | Self | NY | US | Personal Injury |
| 63 | Butts, Denise | Self | NY | US | Personal Injury |
| 64 | Bwalya, Sharon and Bwalya, Dennies | Self, Spouse | VA | US | Personal Injury, Loss of Consortium |
| 65 | Caballero, Leslie and Caballero, Austin | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 66 | Cabassa, Danette and Cabassa, David | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 67 | Calicchia , Gloria | Self | NY | US | Personal Injury |
| 68 | Callan, Edward S. and Callan, Doreen Marie | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 69 | Camilo, Wilton and Camilo, Xiomara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 70 | Cammarata, Joseph L. and Cammarata, Patricia Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 71 | Campbell, Cecilia and Leon, Carlos | Self | NY | US | Personal Injury, Loss of Consortium |
| 72 | Campbell-Wyse, Althea | Self | NY | US | Personal Injury |
| 73 | Campo, Paul and Campo, Elizabeth | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 74 | Canales, Edwin and Canales, Johanna | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 75 | Capobianco, Michael A. | Self | NY | US | Personal Injury |
| 76 | Cardona, Robert | Self | NY | US | Personal Injury |
| 77 | Carlstrom, Tom | Self | NY | US | Personal Injury |
| 78 | Carolina, Lisa | Self | NY | US | Personal Injury |
| 79 | Carrasquillo, Adam | Self | NY | US | Personal Injury |
| 80 | Carroll, John | Self | FL | US | Personal Injury |
| 81 | Carson, Dennis J. and Hoy, Anne | Self, Spouse | ON | Canada | Personal Injury, Loss of Consortium |
| 82 | Carter, Brian F. | Self | NY | US | Personal Injury |
| 83 | Carter, Sabrina, as executor of the Estate of Derrick Carter, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 84 | Carter, Wayne and Carter, Timika | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 85 | Carusi, Victor R. | Self | NY | US | Personal Injury |
| 86 | Caruso, Thomas and Caruso, Jelene | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 87 | Carver, Katherine | Self | NY | US | Personal Injury |

| 88 | Casale, Michael | Self | NY | US | Personal Injury |
|---|---|---|---|---|---|
| 89 | Casella, Jack | Self | PA | US | Personal Injury |
| 90 | Castanon, Mildred | Self | NJ | US | Personal Injury |
| 91 | Castellano, Christine | Self | NY | US | Personal Injury |
| 92 | Castellano, Peter and Castellano, Elaine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 93 | Castellanos, Carlos and Castellanos, Rosemarie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 94 | Castiello, Darren M. and Castiello, Camille | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 95 | Cerino, Glen | Self | CO | US | Personal Injury |
| 96 | Chatman, Zedoria and Chatman, Ronald | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 97 | Chernoff, Steven | Self | NY | US | Personal Injury |
| 98 | Chillari, Joseph and Chillari, Donna | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 99 | Chudnovski, Leonard D. | Self | NJ | US | Personal Injury |
| 100 | Ciacciarelli, Joanne | Self | NY | US | Personal Injury |
| 101 | Ciccarone, Lisa G. and Ciccarone, Nicholas | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 102 | Ciesla, Alan and Ciesla, Suzzane Marie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 103 | Coakley, Wilson | Self | NY | US | Personal Injury |
| 104 | Cobin, Jonathan T. and Cobin, Allyson | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 105 | Cogburn, Victor | Self | NY | US | Personal Injury |
| 106 | Coger, Tyrell | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 107 | Cohen, Jason | Self | NY | US | Personal Injury |
| 108 | Coley, Gloria and Coley, Richard | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 109 | Collazo, Victor | Self | NY | US | Personal Injury |
| 110 | Colligan, Gerald and Colligan, Beth | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 111 | Colon, Anthony and Colon, Mary | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 112 | Colon, John | Self | NY | US | Personal Injury |
| 113 | Colon, Denise | Self | NY | US | Personal Injury |
| 114 | Colon, Richard | Self | NY | US | Personal Injury |
| 115 | Congro, Concetta and Congro, Vincent | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 116 | Conlon, Brian and Conlon, Jane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 117 | Contino, Anthony and Contino, Sandra A. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 118 | Cooper-Henry, Esther | Self | NY | US | Personal Injury |
| 119 | Cordero, Roland and Cordero, Dayhana | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 120 | Cordes, Arthur and Cordes, Elaine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 121 | Correa, Pedro | Self | NY | US | Personal Injury |
| 122 | Costello, Joseph and Costello, Rosemary | Self, Spouse | CT | US | Personal Injury, Loss of Consortium |
| 123 | Crapanzano, Gregory | Self | NY | US | Personal Injury |
| 124 | Credle-Barrett, Carol and Barrett, Henry | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 125 | Creighton-Kirk, Daniel J. and Mullally, Rita | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 126 | Crenshaw, Jesse and Crenshaw, Desiree | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 127 | Creque, Felicita | Self | NY | US | Personal Injury |
| 128 | Crispino, Toni and Crispino, Charles | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 129 | Crosson, Mark L. and Crosson, Alison J. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 130 | Crowder, Kimberly | Self | NY | US | Personal Injury |
| 131 | Cruz, Allen and Cruz, Katty | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 132 | Cruz, Hector and Perez, Edgar | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 133 | Cuevas, Raymon | Self | NY | US | Personal Injury |
| 134 | Cullen, Camille, as executor of the Estate of Marian C. Grillo, deceased, and individually | PR | NY | US | Wrongful Death, Solatium |
| 135 | Cummings, Rodney | Self | NY | US | Personal Injury |
| 136 | Cunningham, Lemuel | Self | NY | US | Personal Injury |
| 137 | Curry, Kristan D., Sr. and Curry, Verletta M. | Self, Spouse | MD | US | Personal Injury, Loss of Consortium |
| 138 | Czak, Anthony | Self | FL | US | Personal Injury |
| 139 | Dambakly, Richard | Self | NC | US | Personal Injury |
| 140 | D'Angelo, Joseph and D'Angelo, Janette | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 141 | Davis, Frank | Self | NY | US | Personal Injury |
| 142 | Day, Barbara | Self | NY | US | Personal |

34

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Injury |
| 143 | Dean, Shawn and Dean, Rebecca | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 144 | Dechiaro, Steven and Dechiaro, Libera | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 145 | Delemo, William | Self | NY | US | Personal Injury |
| 146 | DelPuerto, Stephen and DelPuerto, Crisanta | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 147 | DeMarco, Marilyn and DeMarco, Anthony | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 148 | Denigris, Frank | Self | NY | US | Personal Injury |
| 149 | DeRienzo, Lisa | Self | NY | US | Personal Injury |
| 150 | DeRosa, Thomas | Self | NY | US | Personal Injury |
| 151 | Derpich, John and Derpich, Annmarie | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 152 | Deveau, Edward and Deveau, Evelyn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 153 | DiMaggio, Natale and DiMaggio, Lucia | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 154 | Dimizio, Thomas | Self | NY | US | Personal Injury |
| 155 | Dion, William and Dion, Janet | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 156 | DiSalvio, Vincent and DiSalvio, Dana | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 157 | Doctor-Brown, Corabelle, as executor of the Estate of Daryll Brown, deceased, and individually | PR | NY | US | Wrongful Death, Solstium |
| 158 | Dorzin, Nathalie | Self | NY | US | Personal Injury |

35

| | | | | | |
|---|---|---|---|---|---|
| 159 | Douglas, Courtney and Darline, Hudson | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 160 | Doyle, Thomas | | | | |
| 161 | Drake, Kim and Lynch, Richard | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 162 | Drozdowski, Ken | Self | NY | US | Personal Injury |
| 163 | Dudley, Anthony | Self | NY | US | Personal Injury |
| 164 | Dumas, Henry | Self | NY | US | Personal Injury |
| 165 | Dunn, Bruce and Dunn, Victoria | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 166 | Durante, Thomas and Manton, Alyssa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 167 | Eckhouse, Linda and Eckhouse, Bruce | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 168 | Edwards, Bruce and Edwards, Sharon A. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 169 | Elci, Hasan C. | Self | NY | US | Personal Injury |
| 170 | Elliot, Marc and Dale, Grover | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 171 | Elliott, Lyndon | Self | NJ | US | Personal Injury |
| 172 | Emery, Alfonso and Emery, Joyce | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 173 | Ermendi, Christopher and Ermendi, Nancy | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 174 | Escalona, Reyes and Reyes, Maritza | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 175 | Fagan, James J. and Sutton-Fagan, Judith Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 176 | Fantauzzi, Virginia and Fantauzzi, | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| | Francisco | | | | |
| 177 | Fedele, Thomas | Self | NY | US | Personal Injury |
| 178 | Feeley, James and Feeley, Mary | Self, Spouse | NC | US | Personal Injury, Loss of Consortium |
| 179 | Feliciano, Carl | Self | NY | US | Personal Injury |
| 180 | Feliciano, Rafael and Feliciano, Maureen C. | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 181 | Fera, Stanley | Self | NY | US | Personal Injury |
| 182 | Ferrera, Richard | Self | NJ | US | Personal Injury |
| 183 | Ferry, Ronald and Graham, Helen | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 184 | Figueredo, Estrella | Self | NY | US | Personal Injury |
| 185 | Figueroa, George and Figueroa, Angela | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 186 | Fils, Emmanuel | Self | NY | US | Personal Injury |
| 187 | Finnerty, Elizabeth V., as executor of the Estate of James G. Finnerty, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 188 | Fitzgerald, James and Fitzgerald, Susan | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 189 | Fitzgibbon, Thomas and Fitzgibbon, Patricia | Self, Spouse | SC | US | Personal Injury, Loss of Consortium |
| 190 | Flowers, Barry E. | Self | FL | US | Personal Injury |
| 191 | Flowers, David and Flowers, Debra | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 192 | Fontaine, Diane | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 193 | Forbes, Mary and Forbes, John Francis | Self, Spouse | MD | US | Personal Injury, Loss of Consortium |
| 194 | Forman, Warren L. and Forman, Constance | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 195 | Fotino, Joseph and Fotino, Amy L. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 196 | Francisco, Frank and Ramirez, Jocelyn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 197 | Frank, Dennis and Frank, Barbara | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 198 | Fraulo, John | Self | NY | US | Personal Injury |
| 199 | Frey, Jonathan and Frey, Jan | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 200 | Frische, Ronald | Self | NY | US | Personal Injury |
| 201 | Fusco, Philip and Fusco, Suzanne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 202 | Gadsden, Doretta and Gadsden, Glenn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 203 | Gainey, Debra | Self | NY | US | Personal Injury |
| 204 | Gainey, Howard and Gainey, Howard L. | Self, Spouse | MD | US | Personal Injury, Loss of Consortium |
| 205 | Galan, Rosa E. | Self | NY | US | Personal Injury, Loss of Consortium |
| 206 | Galletta, Jeanne, as administrator of the Estate of John L. Galletta, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 207 | Galvin, Patrice, as executor of the Estate of Michael Galvin, deceased and, individually | PR/Spouse | NY | US | Wrongful Death, Solatium |

| | | | | | |
|---|---|---|---|---|---|
| 208 | Garland, Raymond, Jr. and Garland Kristine | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 209 | Garofalo, Ann | Self | NY | US | Personal Injury |
| 210 | Gauthier, Michel and Gauthier, Teresita | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 211 | Geiger, Herbert and  Geiger, Barbara | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 212 | Germann, Diane | Self | NY | US | Personal Injury |
| 213 | Gertner, Murray and Gertner, Carlene | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 214 | Giacona, Joseph | Self | NY | US | Personal Injury |
| 215 | Gilbert, William | Self | NY | US | Personal Injury |
| 216 | Gillick, Lawrence and Gillick, Elisa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 217 | Gilligan, Daniel and Gillian, Ana | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 218 | Goff, Thomas | Self | NY | US | Personal Injury |
| 219 | Gonzalez Dapolito, Myrsa and Depolito, Dennis | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 220 | Gonzalez, Maria and Valley, Angelo | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 221 | Goodman, Stephen | Self | NY | US | Personal Injury |
| 222 | Green, Yvonne and Green, Stanley | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 223 | Griffin, Nathaniel | Self | NY | US | Personal Injury |
| 224 | Gross, Roy and Gross, Lois | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 225 | Grossman, Joyce | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 226 | Guglielmo, Michael and Guglielmo, Sophie | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 227 | Guinn, Kathryn | Self | NY | US | Personal Injury |
| 228 | Guthoff, Robert and Guthoff, Rosemary | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 229 | Haake, Jean, as administrator of the Estate of Michael Haake, deceased, and individually | PR/Spouse | NJ | US | Wrongful Death, Solatium |
| 230 | Haefner, Kevin and Haefner, Denise | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 231 | Hanks , Evelyn | Self | VA | US | Personal Injury |
| 232 | Hanlon, Timothy J. and Hanlon, Corina | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 233 | Hannaford, Richard and Hannaford, Dorothy | Self, Spouse | CA | US | Personal Injury, Loss of Consortium |
| 234 | Hargis, Delisa | Self | NY | US | Personal Injury |
| 235 | Harris, Sophia | Self | NY | US | Personal Injury |
| 236 | Hart, George and Hart, June | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 237 | Hartig, George | Self | NY | US | Personal Injury |
| 238 | Haught, Richard and Haught, Tanya | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 239 | Hayducka, Arthur and Hayducka, Marti | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 240 | Held, Catherine | Self | NY | US | Personal Injury |
| 241 | Hendershot, Bruce D. and Hendershot, Phillina | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 242 | Hennessy, Kevin and Hennessy, Catherine Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 243 | Henry, Charles and Henry, Deborah | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 244 | Henry, Jennifer | Self | NY | US | Personal Injury |
| 245 | Hercules, Cedric and Hercules, Stephanie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 246 | Herrera , Luis and Herrera, Sylvia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 247 | Herriott, James and Herriott, Mary | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 248 | Herron, Joseph | Self | SC | US | Personal Injury |
| 249 | Hidalgo, Marco and Hidalgo, Shanise | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 250 | Higgins, Magaly and Higgins, Thomas | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 251 | Hikmi, Mohamed and Choukry, Latifa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 252 | Hill, Louis and Hill, Stephanie | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 253 | Himbele, Thomas and Himbele, Jane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 254 | Hines, Annette | Self | NY | US | Personal Injury |
| 255 | Hogan, James and Hogan, Linda | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 256 | Holmes, Anthony M. and Holmes, Alvina | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 257 | Hopes, William and Cuollo, Ileane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 258 | Horkan, John | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 259 | Horowitz, Arthur and Horowitz, Toby | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 260 | Horvaht, Diana and Horvaht, Cristano | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 261 | Houston, Franklin | Self | NY | US | Personal Injury |
| 262 | Hughes, George and Hughes, Anna | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 263 | Hulse, William, Jr. and Stark-Hulse, Michelle | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 264 | Hume, Lorraine | Self | NY | US | Personal Injury |
| 265 | Hunt, Guy | Self | NY | US | Personal Injury |
| 266 | Iemma, Vincenzo and Iemma, Kathryn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 267 | Iesu, Louis and Iesu, Diane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 268 | Ingram, Dorian | Self | SC | US | Personal Injury |
| 269 | Ingrassia, Peter and Bagder-Ingrassia, Denise | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 270 | Irvin, Michael and Smith, Jennifer | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 271 | Islar, Marcella | Self | NY | US | Personal Injury |
| 272 | Isom, Anthony | Self | FL | US | Personal Injury |
| 273 | Iwankow, Christopher and Iwankow, Jennifer J. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 274 | Jackson, Gregory and Jackson, Tanui | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 275 | Jackson, June A. and Jackson, Mark | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 276 | Jackson, Lee and Jackson, Helene | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 277 | Jacobson, LeRoy R. and Jacobson, Diane M. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 278 | Jahns, Sharon | Self | NY | US | Personal Injury |
| 279 | James, Thomas P. and James, Karen | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 280 | Jedell, Bonnie | Self | NY | US | Personal Injury |
| 281 | Jerez, Juan and Pena, Glen | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 282 | Johnson, Michael | Self | FL | US | Personal Injury |
| 283 | Johnson, Anna | Self | NY | US | Personal Injury |
| 284 | Johnson, James H. | Self | NY | US | Personal Injury |
| 285 | Johnson, Johnny L. and Johnson, Maureen | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 286 | Johnson, Kevin | Self | NY | US | Personal Injury |
| 287 | Johnson, Leonard D. and Murdock-Johnson, Loris | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 288 | Johnson, Margaret | Self | NY | US | Personal Injury |
| 289 | Johnson, Michael A. and Ellison-Johnson, Jacquelyn | Self, Spouse | SC | US | Personal Injury, Loss of Consortium |
| 290 | Johnson, Sheryl | Self | NY | US | Personal Injury |
| 291 | Johnston, John and Johnston, Gina | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 292 | Jones, Bonnie R. | Self | NY | US | Personal Injury |
| 293 | Jones, Michael O. and Jones, Joanna | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 294 | Jones, Terry A. and Jones, Corey | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 295 | Joseph, Lennard and Joseph, Claudia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 296 | Joule, William and Joule, Jackie | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 297 | Kane, Sharon | Self | NY | US | Personal Injury |
| 298 | Kavowras, Mona | Self | NY | US | Personal Injury |
| 299 | Kelly, Robert | Self | NY | US | Personal Injury |
| 300 | Kendall, Rosalinde | Self | NY | US | Personal Injury |
| 301 | Kimble McCloud, Tana and McCloud, Aubrey | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 302 | Kirschner, Phil B. | Self | IL | US | Personal Injury |
| 303 | Kleppel, Harriet | Self | NY | US | Personal Injury |
| 304 | Knechtel, Robert and Knechtel, Evelina | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 305 | Knight, Betty | Self | NY | US | Personal Injury |
| 306 | Kodis, Joseph and Kodis, Melissa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 307 | Kohlmier, Kenneth and Kohlmier, Barbara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 308 | Kokiadis, Robert and Kokiadis, Maria | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 309 | Konstantinidis, Zinos and Lagoudakis, Catherine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 310 | Kosatka, Wieslawa | Self | NY | US | Personal Injury |
| 311 | Kushner, Michael and Kushner, Theresa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 312 | Kyum, Osa and Hillsman, Debra | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 313 | Lagana, Paul and Lagana, Carmella | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 314 | LaRusso, Nicholas R. | Self | NY | US | Personal Injury |
| 315 | Lathrop, Christopher and Lathrop, Kaloni | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 316 | Lauber, Gerald and Lauber, Madeleine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 317 | Leckler, Francis and Leckler, Renee | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 318 | Leggett, Gregory | Self | NY | US | Personal Injury |
| 319 | Lennon, Michael and Lennon, Gwynne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 320 | Leon, Arthur and Leon, Marsha | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 321 | Leonard, Eric S. and Leonard, Stephanie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 322 | Leonardi, Joseph | Self | NY | US | Personal Injury |
| 323 | Levenson, Philip and Levenson, Shanon | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 324 | Lewis, David L. and Lewis, Edith | Self, Spouse | MD | US | Personal Injury, Loss of Consortium |
| 325 | Lewis, Edna | Self | NJ | US | Personal Injury |
| 326 | Lewis, Elizabeth, as administrator of the Estate of William Lewis, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 327 | Lewis, Franklin and Telfer-Lewis, Annette | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 328 | Lewis, Joseph | Self | NY | US | Personal Injury |
| 329 | Lewis, Kevin and Lewis, Wilma | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 330 | Lewis, Rayvon | Self | VA | US | Personal Injury |
| 331 | Lewis, Wilma and Lewis, Kevin | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 332 | Liaci, Elizabeth | Self | NJ | US | Personal Injury |
| 333 | Lian, Eng and Lian, May | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 334 | Lieber, Sheila R. | Self | NY | US | Personal Injury |
| 335 | Lienau, Joseph R. and Lienau, Margaret | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 336 | Lisi, Richard S. and Lisi, Denise | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 337 | Livermore, Donovan and Haye-Livermore, Sidoney | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 338 | Lobman, Jason | Self | NY | US | Personal Injury |
| 339 | Lopez , Eric and Lopez, Nilsa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 340 | Lopez, Arnaldo and Park-Lopez, Cecelia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 341 | LoPresti, Richard and LoPresti, Janice | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 342 | LoPresto, Anthony and LoPresto, Jean | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 343 | Louis, Joshua | Self | NY | US | Personal Injury |
| 344 | Luisi, Andrew | Self | NY | US | Personal Injury |
| 345 | Lukas, Arthur and Lukas, Illia | Self, Spouse | NY | US | Personal Injury, Loss of |

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
|     |     |     |     |     | Consortium |
| 346 | Lynch, Christal | Self | NY | US | Personal Injury |
| 347 | Mack, Thomas | Self | NY | US | Personal Injury |
| 348 | Maggio, Jason | Self | NY | US | Personal Injury |
| 349 | Mahnken, Carolene | Self | CT | US | Personal Injury |
| 350 | Maier, John | Self | NY | US | Personal Injury |
| 351 | Maio, Alexander and Maio, Jean | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 352 | Maiurro, William and Maiurro, Rosalba | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 353 | Maldonado, Minerva and Maldonado, Adolfo | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 354 | Mangiapanella, Bart and Manigiapanella, Joanna | Self, Spouse | NC | US | Personal Injury, Loss of Consortium |
| 355 | Mania, Richard and Mania, Maureen | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 356 | Mann, Charles, Sr. and Mann, Ida | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 357 | Marotta, Carlo A., Jr. and Marotta, Cheryl | Self, Spouse | GA | US | Personal Injury, Loss of Consortium |
| 358 | Marrero, Joseph R. and Marrero, Maria | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 359 | Marshall, Anthony and Marshall, Diana | Self, Spouse | GA | US | Personal Injury, Loss of Consortium |
| 360 | Marshall, Janice | Self | NY | US | Personal Injury |
| 361 | Martinez, Carlos and Soto, Iris | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 362 | Martinez, Nelson | Self | TN | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 363 | Massingale, Darrell | Self | NY | US | Personal Injury |
| 364 | McAllister, Phyllis | Self | PA | US | Personal Injury |
| 365 | McBean, Edward and McBean, Carol | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 366 | McCamy, Katherine | Self | NY | US | Personal Injury |
| 367 | McCarthy, Mathew and McCarthy, Laura | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 368 | McCormack, Angela and McCormack, Frank | Self, Spouse | AZ | US | Personal Injury, Loss of Consortium |
| 369 | McDermott, Thomas and McDermott, Karen | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 370 | McHenry-Bailey, Tonia and Bailey, Carl | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 371 | McKenna, Edward P. and McKenna, Diane | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 372 | Mckeon, Joseph | Self | NY | US | Personal Injury |
| 373 | McLaughlin, Laura and McLaughlin, Terence | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 374 | McNamara, Timothy and Vecchio, Dianna | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 375 | McQuade, Anthony and McQuade, Deborah | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 376 | McWilliams, Eric | Self | NY | US | Personal Injury |
| 377 | Medici, Philip | Self | NY | US | Personal Injury |
| 378 | Medina, Jose L., Jr. and Medina, Maria | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 379 | Meehan, Susan | Self | NY | US | Personal |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Injury |
| 380 | Melore, Joann | Self | NY | US | Personal Injury |
| 381 | Melvin, Delores and Melvin, George, Jr. | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 382 | Mendoza, David J. | Self | NY | US | Personal Injury |
| 383 | Messina, Alexander and Messina, Lori | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 384 | Meyer, Steven E. and Meyer, Genevieve | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 385 | Miccio, Kathrina | Self | NJ | US | Personal Injury |
| 386 | Midgett, Arthur | Self | NY | US | Personal Injury |
| 387 | Milana, Paul and Milana, Jacqueline | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 388 | Miller , George and Phine, Jose | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 389 | Miller, Lucy and Miller, Arquimedes | Self, Spouse | NY | Costa Rica | Personal Injury, Loss of Consortium |
| 390 | Miller, Raulda, as administrator of the Estate of Keevil Miller, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 391 | Miller, Robert J. and Miller, Barbara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 392 | Millington, Roy and Millington, Heather | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 393 | Moncion, Celeste | Self | NY | US | Personal Injury |
| 394 | Montagna, Vincent and Montagna, Mary Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 395 | Montalvo, Luz | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 396 | Mooney, Edward and Mooney, Vickie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 397 | Morales, Eliseo and Morales, Nina | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 398 | Moran, Anderson and Fernandez, Riset | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 399 | Moran, Colleen | Self | NY | US | Personal Injury |
| 400 | Moran, Darren T. and Moran, Christine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 401 | Moretti, Dominick and Moran-Moretti, Margaret | Self, Spouse | CT | US | Personal Injury, Loss of Consortium |
| 402 | Morton, Douglas N. and Mildred, Miles | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 403 | Moss, John L. and Moss, Sheryl | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 404 | Moyse, Josette and Moyse, Eden | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 405 | Mozes, Steve, II | Self | FL | US | Personal Injury |
| 406 | Mraz, Michael and Mraz, Claudette | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 407 | Muentes, Pablo and Muentes, Mercedes | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 408 | Mun-Hong, Lisa and Hong, Michael | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 409 | Murray, Mary L. and Murray, Thomas | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 410 | Murray, Noah K. and Murray, Rosena | Self, Spouse | NJ | US | Personal Injury |
| 411 | Murtha, Raymond | Self | NJ | US | Personal Injury |
| 412 | Nagle, Ronald and Nagle, Claire | Self, Spouse | NY | US | Personal Injury, Loss of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Consortium |
| 413 | Naimo, Dorothy | Self | NJ | US | Personal Injury |
| 414 | Naranjo, Maria Claudia | Self | NY | US | Personal Injury |
| 415 | Nebbari, Abdeljalil | Self | NY | US | Personal Injury |
| 416 | Newman, Susan | Self | NY | US | Personal Injury |
| 417 | Nigro, Robert | Self | NY | US | Personal Injury |
| 418 | Noonan, Arthur and Noonan, Denise Marie | Self, Spouse | IL | US | Personal Injury, Loss of Consortium |
| 419 | Norcross, Robert, Sr. and Norcross, Deirdre | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 420 | O'Brien, Dawn | Self | NY | US | Personal Injury |
| 421 | O'Brien, Geraldine and O'Brien, Thomas | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 422 | O'Brien, Robert W. | Self | NY | US | Personal Injury |
| 423 | Ocasio, Jeremias | Self | NJ | US | Personal Injury |
| 424 | O'Connor, Dennis P. and O'Conner, Dolores | Self, Spouse | GA | US | Personal Injury, Loss of Consortium |
| 425 | O'Connor, James and O'Connor, Patricia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 426 | O'Leary , Joseph and O'Leary, Sarah | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 427 | O'Leary, George | Self | NY | US | Personal Injury |
| 428 | Oliver, Emma | Self | NY | US | Personal Injury |
| 429 | Onesti, Ernest and Onesti, Gina | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 430 | Ortenzio, Charles and Ortenzio, Luz Maria | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 431 | Ortiz, Edgardo | Self | NY | US | Personal |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Injury |
| 432 | Ortiz, Victor and Ortiz, Olga | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 433 | Osborne-Ellis, Glorya and Ellis, Arthur | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 434 | O'Shea, Michael and O'Shea, Virginia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 435 | Owczarczak, Paula | Self | NY | US | Personal Injury |
| 436 | Padilla, Richard and Cruz, Vivian | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 437 | Page, Gwanancii | Self | NY | US | Personal Injury |
| 438 | Parker, Carmelita | Self | FL | US | Personal Injury |
| 439 | Parker, Elizabeth | Self | NY | US | Personal Injury |
| 440 | Patti, Dennis and Patti, Christine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 441 | Paulino, Violeta | Self | NY | US | Personal Injury |
| 442 | Pepitone, Natal and Pepitone, Carole | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 443 | Perdue, Devrin L., Sr. and Perdue, Kaye | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 444 | Perez, Esther and Mendez, Michael | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 445 | Perrette, Marie A. | Self | NJ | US | Personal Injury |
| 446 | Perry, Lincoln | Self | NJ | US | Personal Injury |
| 447 | Petersen, Guy and Petersen, Noreen | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 448 | Piazza, Adolfo and Betancourt, Olga | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 449 | Piazza, John and Piazza, Mariel | Self, Spouse | NY | US | Personal Injury, Loss of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Consortium |
| 450 | Piazza, Marguerite | Self | NY | US | Personal Injury |
| 451 | Pinzon, Wilfredo and Pinzon, Ada | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 452 | Pitre, Denise and Pitre, Louis | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 453 | Pitters, Derrick and Pitters, Audrey | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 454 | Ponce, Yvonne and Soto, Gabriel | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 455 | Powell, Carla | Self | NJ | US | Personal Injury |
| 456 | Priester-Bell, Evette and Bell, Marvin | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 457 | Pringle, Diana | Self | NY | US | Personal Injury |
| 458 | Purzner, Leonard and Purzner, Lesliee Anne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 459 | Push, Michael | Self | NY | US | Personal Injury |
| 460 | Quatela , Marie | Self | NY | US | Personal Injury |
| 461 | Quesada, Maria | Self | NY | Colombia | Personal Injury |
| 462 | Racioppi, Richard and Racioppi, Maureen | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 463 | Rahilly-Lobaton, Terry-Ann and Lobaton, German | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 464 | Raiford, Veronica | Self | NY | US | Personal Injury |
| 465 | Rambharose, Vanessa | Self | NY | US | Personal Injury |
| 466 | Ramos, Anthony and Ramos, Virgen | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 467 | Rauchfuss, John and Rauchfuss, | Self, Spouse | NY | US | Personal Injury, Loss of |

| | | | | | |
|---|---|---|---|---|---|
| | Danielle | | | | Consortium |
| 468 | Ravenell, Calvin and Ravenell, Jacqueline | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 469 | Reece, Phillip and Harris, Andrea | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 470 | Regan, Thomas and Regan, Patricia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 471 | Reimer, Richard and Reimer, Marsha | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 472 | Rhymer, Dorian | Self | GA | US | Personal Injury |
| 473 | Ribar, Brian and Ribar, Kara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 474 | Richardson, Louise | Self | SC | US | Personal Injury |
| 475 | Riley, Dennis and Riley, Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 476 | Ring, Thomas | Self | ME | US | Personal Injury |
| 477 | Rivera , James | Self | NY | US | Personal Injury |
| 478 | Rivera, Floripe H. and Rivera, Magdalina | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 479 | Rivera, Luis F. and Sanchez, Laura | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 480 | Rivera, Maria | Self | NY | US | Personal Injury |
| 481 | Roberts, Carlton | Self | NY | US | Personal Injury |
| 482 | Robinson , Sharon and Robinson, George | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 483 | Robinson, Clifton | Self | NY | US | Personal Injury |
| 484 | Robinson, Ronald | Self | NY | US | Personal Injury |
| 485 | Rodriguez, Dilgilio | Self | NJ | US | Personal Injury |

| 486 | Rodriguez, Joseph | Self | FL | US | Personal Injury |
|---|---|---|---|---|---|
| 487 | Rodriguez, Raul and Rodriguez, Junko | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 488 | Rongo, Cheryl and Rongo, Robert | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 489 | Rosario, David and Rosario, Linda | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 490 | Ross, John | Self | NY | US | Personal Injury |
| 491 | Rue, Jerry and Rue, Helen | Self, Spouse | NC | US | Personal Injury, Loss of Consortium |
| 492 | Ruskowski, Kenneth M. | Self | NJ | US | Personal Injury |
| 493 | Rutledge, Jerome | Self | NY | US | Personal Injury |
| 494 | Ryan, Betzaida | Self | NY | US | Personal Injury |
| 495 | Saa, Jorge V. | Self | NY | US | Personal Injury |
| 496 | Salerno, Anthony and Simons-Salerno, Jill | Self, Spouse | NC | US | Personal Injury, Loss of Consortium |
| 497 | Saltes, Philip | Self | NY | US | Personal Injury |
| 498 | Salvatori, Stephanie and Salvatori, Stephanie | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 499 | Samaroo, Frank | Self | NY | US | Personal Injury |
| 500 | Sanchez, Pedro and Baez-Sanchez, Virgina | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 501 | Sanders, Lawrence and Sanders, Ivy | Self, Spouse | DE | US | Personal Injury, Loss of Consortium |
| 502 | Sandurs, Harvey and Sandurs, Gail | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 503 | Santello, Migdalia | Self | NY | US | Personal Injury |
| 504 | Santiago, Rafael | Self | PA | US | Personal |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   | Injury |
| 505 | Sarduy, Yadira | Self | NY | US | Personal Injury |
| 506 | Savage, Candice | Self | NY | US | Personal Injury |
| 507 | Scaccia, Frank and Scaccia, Lisa Maria | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 508 | Scalamandre, Joseph and Scalamandre, Rosa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 509 | Schiano, Anthony and Schiano, Debra Lynn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 510 | Schick, David | Self | NY | US | Personal Injury |
| 511 | Schmitt, John and Schmitt, Roberta | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 512 | Schultz, Gary and Schultz, Patricia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 513 | Seiden, Tony and Seiden, Robyn | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 514 | Senese, Salvatore, Jr. and Senese, Kathy | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 515 | Serrano, Luis and Sproul-Serrano, Karen | Self, Spouse | MD | US | Personal Injury, Loss of Consortium |
| 516 | Servider, Phil and Servider, Danielle | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 517 | Shakes, Lavern and Shakes, Brian | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 518 | Shalley, Thomas and Shalley, Hortensia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 519 | Sharawi, Mohamed and Sharawi, Linda | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 520 | Shavis, Allen and Shavis, Deborah | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | |
|---|---|---|---|---|
| 521 | Shavis, James and Shavis, Sandra | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 522 | Shiloh, Cynthia | Self | NY | US | Personal Injury |
| 523 | Shoaf, William and Shoaf, Dana | Self, Spouse | IN | US | Personal Injury, Loss of Consortium |
| 524 | Shorte, Edward and Shorte, Charlotte | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 525 | Shravah, Deepa and Shravah, Aasheesh | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 526 | Shung-Chin, Pak and Nyong-Chong, Ng | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 527 | Shyllon, Aminata | Self | NY | US | Personal Injury |
| 528 | Sigler, Mark A. and Singler, Geraddine Ann | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 529 | Silva, Tamyka and Silva, Henry | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 530 | Silver, Ronald F. and Silver, Rosalie | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 531 | Simmons, Constance | Self | NY | US | Personal Injury |
| 532 | Singer, Chris | Self | NY | US | Personal Injury |
| 533 | Sirotnikov, Oleg and Sirotnikov, Joanna | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 534 | Smith, Anthony | Self | NJ | US | Personal Injury |
| 535 | Smith, Aston and Smith, Deborah | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 536 | Smith, Elizabeth | Self | NY | US | Personal Injury |
| 537 | Smith, Joyce and Smith, Gary | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 538 | Smith, Overta | Self | NY | US | Personal Injury |

| 539 | Soto, Caroline | Self | NY | US | Personal Injury |
| 540 | Soto, Francisco | Self | NY | US | Personal Injury |
| 541 | Spaeth, Frederick and Spaeth, Marcia | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 542 | Spiteri, Saviour S. and Spiteri, Peggy | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 543 | Stanco, Michael and Stanco, Barbara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 544 | Stankaitis, Zachary | Self | NY | US | Personal Injury |
| 545 | Steffenella, David and Steffenella, Kristine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 546 | Steininger, Robert and Steininger, Donna | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 547 | Stephens, Annie | Self | NY | US | Personal Injury |
| 548 | Stevens, Elaine | Self | NY | US | Personal Injury |
| 549 | Stewart, Robert | Self | NY | US | Personal Injury |
| 550 | Stoltzenberg, Denise and Stoltzenberg, Edward | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 551 | Striffolino, Anthony and Striffolino, Joanne | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 552 | Strohschein, Robert and Strohschein, Kimberly | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 553 | Strusman, Moshe and Strusman, Beatrice | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 554 | Sullivan, Edgar | Self | PA | US | Personal Injury |
| 555 | Sullivan, Charles and Sullivan, Maryellen | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 556 | Sullivan, John | Self | NJ | US | Personal |

|  |  |  |  |  | Injury |
|---|---|---|---|---|---|
| 557 | Sullivan, Timothy and Sullivan, Jessie | Self, Spouse | MA | US | Personal Injury, Loss of Consortium |
| 558 | Surace, Patrick T. | Self | NY | US | Personal Injury |
| 559 | Surillo, Evelyn and Surillo, Jason | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 560 | Sutton, Anthony | Self | NJ | US | Personal Injury |
| 561 | Swann, Roseanne | Self | NY | US | Personal Injury |
| 562 | Swiderski, Maritza | Self | NJ | US | Personal Injury |
| 563 | Talcovitz, Steven and Talcovitz, Martha | Self, Spouse | FL | US | Personal Injury, Loss of Consortium |
| 564 | Tapoler, Adam and Tapoler, Dawn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 565 | Taybel, Yury | Self | NY | US | Personal Injury |
| 566 | Taylor, Tyrone | Self | NY | US | Personal Injury |
| 567 | Thomas, Angella and Thomas, Arnold | Self, Spouse | VA | US | Personal Injury, Loss of Consortium |
| 568 | Thomas, Barbara | Self | NJ | US | Personal Injury |
| 569 | Thomas, Granville | Self | NY | US | Personal Injury |
| 570 | Thomas, John and Palambo, Sara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 571 | Thomas, Steven D. | Self | NY | US | Personal Injury |
| 572 | Thompson, Sally and Thompson, Kenneth | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 573 | Thompson, Joseph | Self | NY | US | Personal Injury |
| 574 | Thompson, Cynthia | Self | NY | US | Personal Injury |
| 575 | Thorne, Neville and Thorne, Pearl Cynthia | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| 576 | Tomsen, Philip and Tomsen, Dorothy | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
|---|---|---|---|---|---|
| 577 | Torchio, Peter and Torchio, Janice | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 578 | Torres, Hector | Self | NY | US | Personal Injury |
| 579 | Tousius, Anthony | Self | NY | US | Personal Injury |
| 580 | Tsai, Michael and Tsai, Min Feng | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 581 | Tsai, Min Feng, and Tsai, Michael | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 582 | Tyson, Charmaine | Self | NC | US | Personal Injury |
| 583 | Umland, Richard and Wetzler, Jill E. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 584 | Urban, Thomas J. and Urban, Joanne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 585 | Valdata, Alfred A. | Self | NY | US | Personal Injury |
| 586 | Vannata, John and Vannata, Hilda | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 587 | Vano, Raffaele and Vano, Maria | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 588 | Vargas, Jorge | Self | NY | US | Personal Injury |
| 589 | Varley, Michael | Self | NY | US | Personal Injury |
| 590 | Varma, Balraj, as administrator of the Estate of Sunita Varma, deceased, and individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 591 | Velazquez, Lillian | Self | NY | US | Personal Injury |
| 592 | Velazquez, Antonio and Velazquez, Dora | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

60

| | | | | | |
|---|---|---|---|---|---|
| 593 | Vergona, Richard and Vergona, Michelle | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 594 | Vese, Samuel | Self | NY | US | Personal Injury |
| 595 | Vienne, Kevin and Southwood, Christine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 596 | Villamizar, Martha | Self | NY | US | Personal Injury |
| 597 | Villarin, Gladys | Self | NY | US | Personal Injury |
| 598 | Vislocky, Charles and Vislocky, Maryanne | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 599 | Voluz, Thomas | Self | NJ | US | Personal Injury |
| 600 | Vonpodlesski, Andrew and Vonpodlesski, Andrew | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 601 | Waite, Monique and Waite, Ricardo | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 602 | Waldron, John and Waldron, Katherine | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 603 | Walker, Thomas F. and Cipolla, Saundia | Self, Spouse | SC | US | Personal Injury, Loss of Consortium |
| 604 | Walker, David and Walker, Holly | Self, Spouse | CA | US | Personal Injury, Loss of Consortium |
| 605 | Wall, Gary J. and Wall, Margaret | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 606 | Wall, Richard and Wall, Denise Ann | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 607 | Walrond, Sandra | Self | NY | US | Personal Injury |
| 608 | Walsh, Helen | Self | NY | US | Personal Injury |
| 609 | Walter, Guy and Walter, Margot | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 610 | Walton, Curtis and Walton, Barbara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 611 | Washington, Alphonse and Washington, Barbara | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 612 | Washington, Mary | Self | NY | US | Personal Injury |
| 613 | Waterson, Brian and Waterson, Dawn | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 614 | Watson, Raoul | Self | NY | US | Personal Injury |
| 615 | Weinberg, David S. and Weinberg, Stephanie | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 616 | Weiner, Brett and Weiner, Tracy | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 617 | Weiss, Allen | Self | NY | US | Personal Injury |
| 618 | Welsh, Lavonne, as executor of the Estate of Willie Mosley, deceased, and individually | PR | NY | US | Wrongful Death, Solatium |
| 619 | Wheeler, Thomas and Wheeler, Ruth | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 620 | Whitcomb, Timothy S. and Whitcomb, Michelle | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 621 | White, Anthony | Self | NY | US | Personal Injury |
| 622 | White, James and White, Niccole | Self, Spouse | PA | US | Personal Injury, Loss of Consortium |
| 623 | White, Virginia and Gilliard, Michael | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 624 | Wickham, Preston | Self | NY | US | Personal Injury |
| 625 | Willacy, Sophia | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 626 | Willis, Joyce and Wallis, Keith | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 627 | Wilson, Richard and Wilson, Tina | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 628 | Wilson, Willie and Wilson, Cherry Lee | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 629 | Winstead, Cynthia | Self | NY | US | Personal Injury |
| 630 | Wood, Scott and Wood, Annemarie | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 631 | Worgul, John and Worgul, Ann | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 632 | Wright, Harold and Wright, Kathe | Self, Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 633 | York, Maria and York, Russell | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 634 | Young, Jennifer and Young, Jon Bryan | Self, Spouse | AZ | US | Personal Injury, Loss of Consortium |
| 635 | Young, Keith | Self | MD | US | Personal Injury |
| 636 | Zabala, Edwin and Zabala, Lisa | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 637 | Zayats, Albert and Aliev, Natella | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 638 | Zheng, Lee L. and Zheng, Fang L. | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 639 | Zilliox, Mark P. and Zilliox, Kelly | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 640 | Zimmerli, Pierre and Zimmerli, Elizabeth | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 641 | Zuckerberg, Paul and Zuckerberg, Ramona | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |